# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156053(83)(84)(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 156053
                                   COA: 331190

DAVID KENT CHAPLIN,
            Defendant-Appellant.

                                   Oakland CC: 2014-252692-FH

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's March 5, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for miscellaneous relief is DENIED.



s0423

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



                         Clerk